COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    Francisco  Herrera v. Sunbelt Rentals, Inc.

Appellate case number:   01-22-00793-CV

Trial court case number:  2022-29152

Trial court:           281st District Court of Harris County

Appellant Francisco Herrera, Sr. filed an Unopposed Motion to Shorten Deadline for Clerk's Record.  The motion is **denied.**

It is so ORDERED.

Judge's signature: /s/ Veronica Rivas-Molloy
                Acting individually


Date:  December 15, 2022